```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 18155
   JOANN STOKES
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-2245


-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
      The case was filed on 05/06/2005 and was confirmed 06/23/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 03/13/2008.
-----------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------
AAMES HOME LOAN          NOTICE ONLY    NOT FILED              .00            .00
NATIONAL CITY HOME LN/ A CURRENT MORTG   11216.26              .00       11216.26
NATIONAL CITY HOME LN/ A MORTGAGE ARRE     329.89              .00         329.89
FIRST FRANKLIN           NOTICE ONLY    NOT FILED              .00            .00
DISCOVER FINANCIAL SERVI UNSECURED        1145.29              .00        1145.29
ECAST SETTLEMENT CORP    UNSECURED         628.29              .00         628.29
HOUSEHOLD                UNSECURED        5859.00              .00        5859.00
ERNESTO D BORGES JR      DEBTOR ATTY    2,300.00                         2,300.00
TOM VAUGHN               TRUSTEE                                         1,215.74
DEBTOR REFUND            REFUND                                            483.13

      Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE               23,177.60

PRIORITY                                            .00
SECURED                                       11,546.15
UNSECURED                                      7,632.58
ADMINISTRATIVE                                 2,300.00
TRUSTEE COMPENSATION                           1,215.74
DEBTOR REFUND                                    483.13
                      ---------------       ---------------
TOTALS                23,177.60               23,177.60




              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 18155 JOANN STOKES
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 06/26/08 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |